# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GERALD FEBLES,

      Plaintiff,

v.                                                                          Case No:   6:25-cv-57-GAP-LHP

HF MANAGEMENT SERVICES, LLC,

      Defendant

## ORDER

Before the Court is a Notice of Substitution of Counsel Within Law Firm. Doc. No. 25.  On review, the Notice is sufficient to effect the appearance of Ryan J. Glover, Esq. on behalf of Plaintiff.   Local Rule 2.02(b)(1).   However, the Notice is ineffective insofar it seeks the withdrawal of T'Keara N. Watson, Esq. from the case, as requests to withdraw as counsel must be filed in the form of a motion, in full compliance with the Local Rules.  The Notice fails to comply with Local Rules 2.02(c)(2) and 3.01(g).   *See* Doc. No. 25.   In other words, Attorney Watson remains counsel of record unless and until a properly supported motion in full compliance with all applicable rules is filed.

**DONE** and **ORDERED** in Orlando, Florida on March 27, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties